# Third District Court of Appeal

## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0613
Lower Tribunal No. F04-11283B

_____

**Javor L. Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Javor L. Williams, in proper person.

Ashley Moody, Attorney General and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. See Williams v. State, 350 So. 3d 795 (Mem) (Fla. 3d DCA 2022); see also Williams v. State, 182 So. 3d 11, 16 (Fla. 3d DCA 2015) (en banc), receding from Williams v. State, 83 So. 3d 906 (Fla. 3d DCA 2012).